# United States Court of Appeals for the Federal Circuit

---

March 10, 2026

**ERRATA**

---

Appeal No. 2025-1792

**LIGADO NETWORKS LLC,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

Decided:  March 9, 2026
Nonprecedential Opinion

---

Please make the following change:

On page 28, line 3, change "asserts" to "asserts,"